JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PERLA LUCERO CASTANON,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-05829-PD

**JUDGMENT**

**A# 221-462-806**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

The Clerk of the Court is directed to close this case.

DATED: November 17, 2026

Patricia Donahue
United States Magistrate Judge